Cir. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [526 U. S. 1143] denied.

No. 98–8785. BAEZ *v.* BRESLIN. C. A. 11th Cir.;

No. 98–8798. BALAWAJDER *v.* SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir.; and

No. 98–8802. CUNNINGHAM *v.* POPPELL, WARDEN, ET AL. C. A. 5th Cir. Motions of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [526 U. S. 1157] denied.

No. 98–8821. ARBOGAST *v.* ALCOA BUILDING PRODUCTS. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [526 U. S. 1157] denied.

No. 98–9085. WHITFIELD *v.* TEXAS (three judgments). Ct. Crim. App. Tex. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [527 U. S. 885] denied.

No. 98–9133. COHEA *v.* BRAY ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [527 U. S. 1034] denied.

No. 98–9473. IN RE HILL. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [527 U. S. 1002] denied.

No. 98–9254. CHRISPEN *v.* FEINER ET AL. C. A. 11th Cir.;

No. 98–9261. CHRISPEN *v.* FEINER ET AL. C. A. 11th Cir.;

No. 98–9282. CROSS *v.* MURPHY ET AL. Ct. App. Cal., 6th App. Dist.;

No. 98–9301. GALLOWAY *v.* CALIFORNIA. Sup. Ct. Cal.;

No. 98–9384. BRAUN *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 8th Cir.;

No. 98–9431. MANGRUM *v.* REDDY ET AL. C. A. 11th Cir.;

No. 98–9443. BROWNING *v.* WEICHERT. C. A. 9th Cir.;

No. 98–9475. HILL *v.* PENNSYLVANIA. Sup. Ct. Pa.;

No. 98–9516. TYLER *v.* CRYNE. Sup. Ct. Neb.;

No. 98–9545. MASON *v.* WESTMINSTER INVESTMENTS ET AL. Ct. App. Cal., 2d App. Dist.;

No. 98–9553. LYLE *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir.;

No. 98–9557. TAYLOR *v.* WINNEBAGO COUNTY JAIL ET AL. C. A. 7th Cir.;

No. 98–9634. THOMPSON *v.* FEDERAL BUREAU OF INVESTIGATION. C. A. 8th Cir.;

No. 98–9765. SHABAZZ *v.* KEATING, GOVERNOR OF OKLAHOMA, ET AL. Sup. Ct. Okla.;

No. 98–9903. ORIAKHI *v.* HARDING ET AL. C. A. 4th Cir.;

No. 98–9922. BABA *v.* WARREN MANAGEMENT CONSULTANTS, INC., ET AL. C. A. 2d Cir.;

No. 98–9965. MANGRUM *v.* CHARTER PROPERTY MANAGEMENT CO., INC. C. A. 11th Cir.;

No. 98–10019. HIGGASON *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir.;

No. 99–5007. BROWNING *v.* FAMILY FITNESS CENTER. Ct. App. Cal., 2d App. Dist.;

No. 99–5362. FABIAN *v.* PARADISE PARK APARTMENTS ET AL. C. A. 11th Cir.;

No. 99–5390. LYLE *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir.;

No. 99–5566. BAILEY *v.* UNITED STATES. C. A. 7th Cir.;

No. 99–5616. BENNETT *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.;

No. 99–5829. IN RE GANEY; and

No. 99–6052. IN RE ALTSCHUL. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until October 25, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–9539. LAI *v.* INTERNATIONAL IMMUNOLOGY CORP. ET AL. Ct. App. Cal., 4th App. Dist.;

No. 98–9749. MCFALL *v.* DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir.;

No. 98–9760. BOONE *v.* CHARLIE OBAUGH PONTIAC BUICK, INC. Sup. Ct. Va.;

No. 98–9992. SHARIF-JOHNSON *v.* ILLINOIS EDUCATIONAL LABOR RELATIONS BOARD ET AL. App. Ct. Ill., 1st Dist.;

No. 98–10040. BASTA *v.* FARNER. Cir. Ct. Wood County, W. Va.;